**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DIMITRIOS MUTAFOPULOS,

              Plaintiff,                23-CV-10780 (ALC) (OTW)

              -against-                **ORDER**

JEFFREY CLARK, et al.,

              Defendants.
------------------------------------------------------------x

SIMONA JACKSON,

              Plaintiff,                23-CV-11057 (ALC) (OTW)

              -against-

JEFFREY CLARK, et al.,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court held an initial case management conference on the above-captioned cases on January 30, 2025.

      These related cases were removed to federal court in December 2023 and referred to me for general pretrial management on November 15, 2024. (23-CV-10780, ECF 5; 23-CV-11057, ECF 13). The initial case management conference was adjourned from its initial date of January 9, 2025, when that date was declared a National Day of Mourning following the death of President Jimmy Carter, to January 30, 2025. The parties filed their proposed case management plan on January 23, signed by all counsel, (23-CV-10780, ECF 7; 23-CV-11057, ECF

15), but Mutafopulos's counsel did not appear at the January 30 initial case management conference.

At the conference, appearing counsel noted that, although the 26(f) report was signed by Mutafopulos's counsel, no Notice of Appearance for Mutafopulos was ever filed. The Court notes that a Notice of Appearance has since been filed at 23-CV-10780 at ECF 8.

At the conference, I directed appearing counsel to order a copy of the transcript and serve it on Mutafopulos's counsel. Mutafopulos's counsel is now directed to reimburse appearing counsel, as appropriate, for the transcript cost.

Now that an appearance has been entered for each party in the case, the parties are directed to re-submit their case management plan by **February 7, 2025.** The parties are further directed to file a joint status letter by **Friday, February 28, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery.

**SO ORDERED.**

Dated: January 31, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge