**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DIMITRIOS MUTAFOPULOS,

        Plaintiff,

        -against-

JEFFREY CLARK, et al.,

        Defendants.

------------------------------------------------------------x

23-CV-10780 (ALC) (OTW)

**ORDER**

------------------------------------------------------------x
SIMONA JACKSON,

        Plaintiff,

        -against-

JEFFREY CLARK, et al.,

        Defendants.

------------------------------------------------------------x

24-CV-11057 (ALC) (OTW)

**ONA T. WANG**, **United States Magistrate Judge**:

    Counsel is reminded that they have been directed to file a joint status letter on the docket on the last business Friday of each month, beginning with February 28, 2025, until the close of discovery. (*See* 23-CV-10780, ECF 10). Counsel in both above-captioned cases failed to submit their letters on February 28. Counsel is directed to file their February letter by close of business on **March 12, 2025.** The parties should explain in the March 12 letter why the parties failed to file their February 28 letter as directed.

The Clerk of Court is respectfully directed to file this Order in both the above-captioned cases.

**SO ORDERED.**

Dated: March 11, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2