**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

DIMITRIOS MUTAFOPULOS,  :

                  Plaintiffs,  :         23-CV-10780 (ALC)(OTW)

                  -against-  :         **ORDER**

JEFFREY CLARK, et al.,  :

                  Defendants.  :

----------------------------------------------------------------x

SIMONA JACKSON,  :

                  Plaintiff,  :         23-CV-11057 (ALC) (OTW)

                  -against-  :

JEFFREY CLARK, et al.,  :

                  Defendants.  :

----------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Parties' request for an extension to the discovery deadlines at ECF 34 on 23-CV-11057 (ALC)(OTW) only. Counsel is reminded that all filings must be spread to the related cases at 23-CV-10780 (ALC)(OTW) and 23-CV-11057 (ALC)(OTW).

Per my January 31, 2025 order, the parties were ordered to file monthly joint status letters apprising the Court on the status of discovery on the last business Friday of each month. It has come to the Court's attention that parties have failed to file joint status letters for the months of August, September, October, and November of 2025. Parties are reminded to file

monthly joint status letters on the last business Friday of every month, and the next joint status letter is due **December 19, 2025.**

Parties are ordered to file a stipulated new scheduling order for the Court's approval by **Friday, December 12, 2025.**

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 10, 2025         **Ona T. Wang**
      New York, New York         United States Magistrate Judge