# MEMO ENDORSED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DIMITRIOS MUTAFOPULOS,                                                    Docket No.: 23-CV-10780

              Plaintiff,

    -against-                                                          **PROPOSED SCHEDULING
                                                                         ORDER**

JEFFREY CLARK, REPUBLIC ENVIRONMENTAL
SYSTEMS (TRANSPORTATION GROUP), LLC, and
CLEAN EARTH ENVIRONMENTAL SOLUTIONS,
INC,

              Defendants.

-------------------------------------------------------------------X

SIMONA JACKSON,                                                          Docket No.: 23-CV-11057

              Plaintiff,

    -against-

JEFFREY CLARK, REPUBLIC ENVIRONMENTAL
SYSTEMS (TRANSPORTATION GROUP), LLC, and
CLEAN EARTH ENVIRONMENTAL SOLUTIONS,
INC.,

              Defendants.

-------------------------------------------------------------------X

1. Appearances for the Parties:

    Rocco Totino, Esq.
    **CHAIKIN TOTINO, PLLC**
    *Attorneys for Plaintiff*
    *DIMITRIOS MUTAFOPULOS*
    445 Broadhollow Road, Suite 232
    Melville, New York 11747
    Rocco@chaikintotino.com

    Mehmet F. Gokce, Esq.
    **CHAIKIN PLLC**
    *Attorneys for Plaintiff*
    *SIMONA JACKSON*
    445 Broadhollow Road, Suite 232
    Melville, New York 11747
    mg@lawctg.com

168444639.1

Alexander B. Katz, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants*
*JEFFREY CLARK, REPUBLIC ENVIRONMENTAL SYSTEMS*
*(TRANSPORTATION GROUP), LLC, and CLEAN EARTH*
*ENVIRONMENTAL SOLUTIONS, INC.*
7 WTC, 250 Greenwich St.,
New York, New York  10007
(646) 783-1729
Alex.Katz@lewisbrisbois.com

2.  Issues:

Plaintiffs Simona Jackson and Dimitrios Mutafopulos allege personal injury from an incident

which occurred on June 26, 2023 on Grand Concourse, at or near East 192nd Street, Bronx, New

York allegedly due to Defendants' negligence.

3.  The parties have conferred and submit the following as a proposed scheduling order for

pre-trial discovery:

   a.  Defendants reserve the right to depose Plaintiff Simona Jackson regarding her potential

   spinal surgery if she undergoes same.

   b.  All non-expert discovery to be completed by **May 15, 2026.**

   c.  Expert Discovery:

      i.   Anticipated fields of expert testimony: **Medical Experts, possible Liability**

      **Experts (unknown at this time)**.

      ii.  Defendants to designate IMEs by **January 11, 2026**. Defendants reserve the

      right to conduct subsequent IMEs on Plaintiff Simona Jackson should she

      undergo a surgical procedure.

      iii. Disclosure of identities and reports of experts required by Rule 26(a)(2) to be

      served by

         1.Experts for Case in Chief: **June 1, 2026.**

2.Rebuttal Experts: **July 1, 2026**

    iv.     Expert depositions to be completed by **July 31, 2026.**

    v.     Expert discovery to be completed by ~~August 3, 2026.~~ **September 4, 2026**

  d.  Pretrial motions, if any, will be filed by ~~August 10, 2026.~~ **September 18, 2026** If the parties decline to file pretrial motions, the parties will submit a joint pretrial order in accordance with the procedures of the judge before whom the trial will be conducted by ~~August 14, 2026.~~ **September 25, 2026** The parties shall follow the rules of the assigned Magistrate Judge with respect to any pre-motion conference, filing or other requirements for dispositive motions.

4. A statement of any limitations to be placed on discovery, including any protective or confidentiality orders. **N.A.**

5. At this time, the parties do not have any specific discovery issues upon which they have been unable to reach an agreement.

6. The parties anticipate a trial to last for 4 to 5 days. Plaintiff has demanded a jury trial.

7. An approximate date or stage of the case when the parties believe it would be most helpful to engage in settlement discussions with the assistance of a mediator and whether the parties plan to engage a private mediator. **An update on whether mediation (private or through the Court) would be beneficial could be provided to Your Honor following confirmation regarding whether Plaintiff Simona Jackson intends to undergo a surgery, likely within 60 days.**

8. All discovery (including requests for admission and applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application in accordance with this Court's Individual Practices. Any application not in compliance

with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

**January 27, 2026**

SO ORDERED.

_____

Hon. Ona T. Wang
United States Magistrate Judge

**CHAIKIN TOTINO, PLLC**

By: _____*Rocco Totino*_____

Rocco Totino, Esq.
*Attorneys for Plaintiff*
*DIMITRIOS MUTAFOPULOS*

**CHAIKIN PLLC**

By: _____*Mehmet F. Gokce*_____

Mehmet F. Gokce, Esq.
*Attorneys for Plaintiff*
*SIMONA JACKSON*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____*Alexander B. Katz*_____

Alexander B. Katz, Esq.
*Attorneys for Defendants*
*JEFFREY CLARK, REPUBLIC ENVIRONMENTAL SYSTEMS*
*(TRANSPORTATION GROUP), LLC, and CLEAN EARTH*
*ENVIRONMENTAL SOLUTIONS, INC.*

168444639.1                     4