**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
DIMITRIOS MUTAFOPULOS, et al.,     :
     :
     Plaintiffs,     :     23-CV-10780 (ALC)(OTW)
     :
     -against-     :
     :     **ORDER**
JEFFREY CLARK, et al.,     :
     :
     Defendants.     :
     :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' joint status letter apprising the Court that Plaintiff Mutafopulos is in the process of finalizing settlement documents and that a stipulation of dismissal is forthcoming. (ECF 30). In that same letter, Plaintiff Jackson seeks an extension of discovery. *Id.* Parties are directed to refer to the case management plan on the docket at ECF 25. To the extent they seek an extension to any of the deadlines in that plan, they are directed to follow my individual practices and make a motion seeking such an extension.

     **SO ORDERED.**

                     _s/ Ona T. Wang_

Dated: April 30, 2026              **Ona T. Wang**
     New York, New York        United States Magistrate Judge