**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

DIMITRIOS MUTAFOPULOS, et al.,

Plaintiffs,

-against-

JEFFREY CLARK, et al.,

Defendants.

-----------------------------------------------------------x

23-CV-10780 (ALC)(OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on September 9, 2026. As **ORDERED** at the conference:

1. Counsel for Plaintiff Mutafopulos is directed to correct the filing of the Stipulated Voluntary Dismissal at ECF 37.
2. Discovery is hereby **EXTENDED** without prejudice to further extensions to **November 6, 2026.**
3. The parties are to continue filing their joint status letters on the last business Friday of every month, with the next letter due on **October 30, 2026**.

The Clerk of the Court is respectfully directed to close ECF Nos. 33 and 36.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 10, 2026
New York, New York